IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **RAY SULLIVAN,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Criminal Action No. 4:97-cr-10 (HL) |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent. : | |

_____

## **ORDER**

The Recommendation of the United States Magistrate Judge (Doc. # 64) filed June 30, 2005, has been read and considered and is accepted and made the Order of the Court. The Motion for Reconsideration (Doc. # 56), 28 U.S.C.A. § 2255 petition (Doc. # 57) and Motion for Summary Judgment (Doc. # 60) filed by the petitioner, Ray Sullivan, on September 9, 2004, December 6, 2004 and May 25, 2005 respectively, have also been thoroughly read and considered. The Court has made a <u>de novo</u> determination that the objections raised therein are without merit; these three motions are thereby denied.

SO ORDERED, this the 22nd day of November, 2005.

                                        **s/   Hugh Lawson**
                                        HUGH LAWSON, JUDGE

pdl